No. 239, Misc. BLOUNT *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 243, Misc. RAMIREZ *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 285, Misc. LAMBERT *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 295, Misc. WARNER *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 296, Misc. WHITCOMB *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 297, Misc. SIEG *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 312, Misc. SMITH *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 142. GIBSON *v.* THOMPSON, TRUSTEE, *ante,* p. 18;
No. 213. WEBSTER MOTOR CAR Co. *v.* PACKARD MOTOR CAR Co. ET AL., *ante,* p. 822;
No. 393. GOMEZ *v.* UNITED STATES, *ante,* p. 863;
No. 402. HURT *v.* OKLAHOMA, *ante,* p. 22;
No. 406. BETTER MONKEY GRIP Co. *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 864; and
No. 96, Misc. WETZEL *v.* HARPOLE, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL., *ante,* p. 848. Petitions for rehearing denied.

No. 355, October Term, 1956. MELROSE REALTY Co., INC., *v.* LOEW'S INCORPORATED ET AL., 352 U. S. 890. Motion for leave to file petition for rehearing denied.